# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cv-03523-LMM
## Li v. The Affordable Art Company et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 04/21/2015.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Monty Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Bain representing Editions Limited West, Inc.<br>David Bain representing Z Gallerie<br>John Bowler representing Zheng Li<br>Rebecca Cage representing Somerset Studios, Incorporated<br>Lindsay Henner representing Zheng Li<br>Puja Lea representing Zheng Li<br>Michael Painter representing Editions Limited West, Inc.<br>Michael Painter representing Z Gallerie<br>Reid Phillips representing Somerset Studios, Incorporated<br>David Sar representing Somerset Studios, Incorporated |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Selection; Voir Dire; |
| MINUTE TEXT: | Jury trial began. Voir dire was conducted. A jury was selected and sworn. Opening arguments were heard. Plaintiff's case began. Plaintiff's witness Zheng Li was sworn and testified. Plaintiff's exhibits 1, 2 ,3, 7, and 50 were admitted. Defendants objected to exhibit 7, and the objection was overruled by the Court. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m. on 04/22/2015. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |