# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-03523-LMM
### Li v. The Affordable Art Company et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 04/22/2015.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT: 6:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Monty Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

**ATTORNEY(S) PRESENT:**

John Bowler representing Zheng Li
Rebecca Cage representing Somerset Studios, Incorporated
Lindsay Henner representing Zheng Li
Puja Lea representing Zheng Li
Michael Painter representing Editions Limited West, Inc.
Michael Painter representing Z Gallerie
Reid Phillips representing Somerset Studios, Incorporated
David Sar representing Somerset Studios, Incorporated

**PROCEEDING CATEGORY:** Jury Trial Continued;

**MINUTE TEXT:** Plaintiff's case continued. Plaintiff's exhibit 66 admitted. The cross-examination of Zheng Li also continued. Plaintiff read deposition from Stephen West into the record. The Court read Plaintiff's Stipulations into the record. Plaintiff rested. Defendant Somerset's case began. Stephen West was sworn and testified. Defendant Somerset's exhibits 8-10, 12-15, 18, 20, 23, 24, 26, 29, 30, 31, 96, 290-292, 64-69, 70, 72 were admitted. The Jury was dismissed at 4:50 p.m. The Court heard argument on the usage of Defendant Somerset's exhibit 3. Defendant Somerset made an oral Motion for Judgment as a Matter of Law. Defendants Limited Editions West, Inc. and Z Gallerie joined Defendant Somerset's oral Motion. The Court heard from Defendant Somerset on their oral motion and allowed Plaintiff to respond. The Court DENIED Defendant's oral Motion for Judgment as a Matter of Law. The Court will reconvene outside the presence of the jury at 9:15 a.m. on April 23, 2015, to address Somerset's exhibit 3.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at 9:15 a.m. on 04/23/2015.

**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerks Office.