# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-03523-LMM
### Li v. The Affordable Art Company et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 04/23/2015.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 6:05 P.M.
TIME IN COURT: 6:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Monty Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bowler representing Zheng Li<br>Rebecca Cage representing Somerset Studios, Incorporated<br>Lindsay Henner representing Zheng Li<br>Puja Lea representing Zheng Li<br>Michael Painter representing Editions Limited West, Inc.<br>Michael Painter representing Z Gallerie<br>Reid Phillips representing Somerset Studios, Incorporated<br>David Sar representing Somerset Studios, Incorporated |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Outside the presence of the Jury, the Court heard argument on whether Somerset's exhibit 3 should be admitted. The Court sustained Plaintiff's objection to Somerset's exhibit 3. Defendant Somerset moved for admission of exhibits identified during their cross-examination of Zheng Li. The Court granted their oral motion. Somerset's exhibits 48, 49 and Plaintiff's exhibits 38, 40, and 51 were admitted. The Jury was brought in at 9:45 a.m., and Defendant Somerset's case resumed with the continuation of testimony of Stephen West. Somerset's exhibits 63, 88-94, and 102-518 were admitted.Plaintiff cross-examined Mr. West. Plaintiff admitted Plaintiff's exhibits 74, 77, 78, 80, and Somerset's exhibits 38, 41, and 47. On Somerset's re-direct of Mr. West, Somerset's exhibits 39, 44, 45, 61, 62, and 85 were admitted. Nylene Bilow was sworn and testified. Ms. Bilow was cross-examined by Plaintiff. Somerset rested. Editions Limited West Inc.'s case began. Joanne Chappell was sworn and testified. Plaintiff cross-examined Ms. Chappell. Sharon Tamagni was sworn and testified. Plaintiff cross-examined Ms. Tamagni. Editions Limited West Inc. exhibits 1, 4, 5, 17, and 18 were admitted. ZGallerie's witness, Malcolm ("Micki") Wolk was sworn and testified. ZGallerie's exhibits 1-66, 67 (cover page and page 9 only), and 70 (page 30 only) were admitted. Plaintiff cross-examined Mr. |

|  |  |
|---|---|
|  | Wolk. Defendants Editions Limited Inc. and ZGallerie rested. The Jury was dismissed at 5:10 p.m. The Court reviewed and heard objections on the proposed jury charges and proposed verdict form with counsel. Plaintiff and Defendant Somerset orally moved for Rule 50 Motions. The Court DENIED both motions. Court will reconvene at 9:15 a.m. on April 24, 2015 outside the presence of the jury to discuss the final jury charges and verdict form. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |